■ In the Matter of RUSSELL F., Appellant, v BRANDON JAY F., Respondent. [992 NYS2d 886]—Order, Family Court, New York County (Jane Pearl, J.), entered on or about August 9, 2013, which, after a fact-finding hearing in a proceeding brought pursuant to article 8 of the Family Court Act, dismissed the petition for an order of protection, unanimously affirmed, without costs.

The Family Court properly dismissed the petition, since petitioner failed to establish by a fair preponderance of the evidence that respondent, his brother, had committed any acts warranting an order of protection in petitioner's favor (*see Matter of Everett C. v Oneida P.*, 61 AD3d 489 [1st Dept 2009]). No basis exists to disturb the Family Court's findings that respondent and his wife were more credible witnesses than petitioner (*id.*). Concur—Mazzarelli, J.P., Andrias, Moskowitz, Manzanet-Daniels and Clark, JJ.